Kassra P. Nassiri (215405)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200
knassiri@nassiri-jung.com

Attorneys for Plaintiffs
WHAT 4 LLC and
1095 MARKET STREET HOLDING LLC

FILED

MAR 29 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHAT 4 LLC, a Delaware limited liability company; 1095 MARKET STREET HOLDING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ROMAN & WILLIAMS, INC., a New York corporation; ROBIN STANDEFER, an individual; STEPHEN ALESCH, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 12-CV-00784 EMC<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY AND RESPONSE TO SURREPLY<br><br>DATE: APRIL 20, 2012<br><br>TIME: 1:30 P.M.<br><br>COURTROOM: 5<br>HON. EDWARD M. CHEN |

Upon the Stipulation of the parties, and for good cause shown,

-1-

Case3:12-cv-00784-EMC Document21-1 Filed03/28/12 Page2 of 2

IT IS HEREBY ORDERED THAT:

1. On or before ~~April 6~~ March 30, 2012, Plaintiffs may file a Surreply which addresses only the argument made by Defendants in their Reply Memorandum that Plaintiffs' claims for breach of fiduciary duty and concealment are preempted by the California Uniform Trade Secrets Act. This Surreply shall be no longer than six pages of text. Plaintiffs shall email and mail a copy of the Surreply to Defendants' counsel.

2. On or before April ~~13~~ 6, 2012, Defendants may file a Response to Plaintiffs' Surreply which addresses only the arguments and citations in Plaintiffs' Surreply and whether Plaintiffs' claims for breach of fiduciary duty and concealment are preempted by the California Uniform Trade Secrets Act. This Response to Plaintiffs' Surreply shall be no longer than six pages of text. Defendants shall email and mail a copy of the Response to Plaintiffs' Surreply to Plaintiffs' counsel.

IT IS SO ORDERED.

DATED: March 29, 2012

EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE