AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

WHAT 4 LLC, et al.
                  Plaintiff (s),
V.
ROMAN & WILLIAMS, INC., et al.
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-00784-EMC

Notice is hereby given that, subject to approval by the court, **What 4 LLC, et al.** (Party (s) Name) substitutes **Elizabeth A. England** (Name of New Attorney), State Bar No. **83357** as counsel of record in place of **Kassra Powell Nassiri, Michael Patrick Dillingham and Andrew R. Kislik** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Morris Polich & Purdy LLP |
| Address: | One Embarcadero Center, Ste. 400, San Francisco, CA 94111 |
| Telephone: | (415) 984-8500     Facsimile (415) 984-8599 |
| E-Mail (Optional): | eengland@mpplaw.com |

I consent to the above substitution.
Date: 10/17/2012
*(Signature of Party (s))* PETER R. JOHNSON

I consent to being substituted.
Date: 11/12/12
*(Signature of Former Attorney (s))* KASSRA P. NASSIRI

I consent to the above substitution.
Date: 11/17/2012
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/19/12

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

WHAT 4 LLC, et al.
    Plaintiff (s),
V.
ROMAN & WILLIAMS, INC., et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-00784-EMC

Notice is hereby given that, subject to approval by the court, __What 4 LLC, et al.__ substitutes
(Party (s) Name)

__Jeffrey H. Belote__, State Bar No. __104218__ as counsel of record in
(Name of New Attorney)

place of __Kassra Powell Nassiri, Michael Patrick Dillingham, and Andrew R. Kislik__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Morris Polich & Purdy LLP |
| Address: | One Embarcadero Center, Ste. 400, San Francisco, CA 94111 |
| Telephone: | (415) 984-8500    Facsimile (415) 984-8599 |
| E-Mail (Optional): | jbelote@mpplaw.com |

I consent to the above substitution.
Date: 10/17/2012
    PETER R. JOHNSON
    (Signature of Party (s))

I consent to being substituted.
Date: 10/12/12
    KASRA P. NASSIRI / for K NASSIRI
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/17/2012
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]