BRETT T. MORONEY
BMORONEY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

December 4, 2012

VIA ECF
Hon. Edward M. Chen
Courtroom 5
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re: **What 4 LLC et al. v. Roman & Williams, Inc., et al.**
**Case No. CV 12-00784 (EMC) Defense Status Conference Statement**

Dear Judge Chen:

We represent Defendants Roman and Williams, Inc., Robin Standefer, and Stephen Alesch (collectively "R&W") in this matter. A status conference is presently set for December 11, 2012, at 10:30 am. We have conferred with plaintiffs' counsel and we are submitting this statement jointly.

We are pleased to inform the Court that the parties have entered into a Mutual Release & Settlement Agreement. However, the parties need an additional thirty (30) days to finalize the settlement. As such, the parties respectfully request that the status conference be continued to a date in the middle of February 2013.

We appreciate your attention to this matter. Please let us know if the Court has any questions or comments.

Very truly yours,

GORDON & REES LLP

*/s/ Brett T. Moroney*

Brett T. Moroney

BTM:rdl
cc:   Jeffrey Belote
      Jerrold Abeles

IT IS SO ORDERED that the Further CMC is reset from 12/11/12 to 2/21/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 2/14/13. The Further CMC will be vacated once a stipulation for dismissal is filed.

ACEUS/1081063/14167905v.2

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO
WASHINGTON ♦ OREGON ♦ NEW JERSEY ♦ FLORIDA ♦ GEORGIA ♦ CONNECTICUT