BRETT T. MORONEY (SBN: 199795)
bmoroney@gordonrees.com
RYAN B. POLK (SBN: 230769)
rpolk@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

JERROLD ABELES (SBN: 138464)
abeles.jerry@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: (213) 629-7400
Facsimile: (213) 629-7401

Attorneys for Defendants
ROMAN & WILLIAMS, INC.,
ROBIN STANDEFER and STEPHEN ALESCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHAT 4 LLC, a Delaware limited liability company; 1095 MARKET STREET HOLDING LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ROMAN & WILLIAMS, INC., a New York corporation; ROBIN STANDEFER, an individual; STEPHEN ALESCH, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. C V 12-00784 EMC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

- 1 -   CASE NO. C-12-00784 EMC
STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action (including plaintiffs' causes of action for breach of non-disclosure agreement, breach of fiduciary duty, concealment, breach of contract, and violation of California Uniform Trade Secrets Act as set forth in their First Amended Complaint filed on January 30, 2012, in the Superior Court of California, County of San Francisco) and related counterclaims (including defendants' causes of action for quantum meruit, declaratory relief, and conversion as set forth in their Answer to First Amended Complaint and Counterclaims filed on July 18, 2012, in the U.S. District Court, Northern District of California, San Francisco Division) are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party shall bear its/his/her own attorneys' fees and costs.

Dated: February 26, 2013

GORDON & REES LLP

By: /s/ Brett T. Moroney
Brett T. Moroney
Ryan B. Polk
Attorneys for Defendants
ROMAN & WILLIAMS, INC., ROBIN STANDEFER and STEPHEN ALESCH

Dated: February 26, 2013

ARENT FOX LLP

By: /s/ Jerrold Abeles
Jerrold Abeles
Attorneys for Defendants
ROMAN & WILLIAMS, INC., ROBIN STANDEFER and STEPHEN ALESCH

Dated: February ___, 2013

MORRIS POLICH & PURDY LLP

By: _____
Jeffrey Hartsfield Belote
Attorneys for Plaintiffs
WHAT 4 LLC and MARKET STREET HOLDING LLC

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above captioned action (including plaintiffs' causes of action for
3   breach of non-disclosure agreement, breach of fiduciary duty, concealment, breach of contract,
4   and violation of California Uniform Trade Secrets Act as set forth in their First Amended
5   Complaint filed on January 30, 2012, in the Superior Court of California, County of San
6   Francisco) and related counterclaims (including defendants' causes of action for quantum meruit,
7   declaratory relief, and conversion as set forth in their Answer to First Amended Complaint and
8   Counterclaims filed on July 18, 2012, in the U.S. District Court, Northern District of California,
9   San Francisco Division) are hereby dismissed <u>with</u> prejudice pursuant to Federal Rules of Civil
10  Procedure 41(a)(1). Each party shall bear its/his/her own attorneys' fees and costs.

Dated: February ____, 2013            GORDON & REES LLP

                                      By_____
                                      Brett T. Moroney
                                      Ryan B. Polk
                                      Attorneys for Defendants
                                      ROMAN & WILLIAMS, INC., ROBIN
                                      STANDEFER and STEPHEN ALESCH

Dated: February ____, 2013            ARENT FOX LLP

                                      By_____
                                      Jerrold Abeles
                                      Attorneys for Defendants
                                      ROMAN & WILLIAMS, INC., ROBIN
                                      STANDEFER and STEPHEN ALESCH

Dated: February 26, 2013              MORRIS POLICH & PURDY LLP

                                      By_____
                                      Jeffrey Hartsfield Belote
                                      Attorneys for Plaintiffs
                                      WHAT 4 LLC and MARKET STREET
                                      HOLDING LLC

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

CASE NO. C-12-00784 EMC
STIPULATION OF DISMISSAL WITH PREJUDICE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111